IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Kristen L. Becker, | ) | |
| Plaintiff, | ) | No. CIV 24-068-TUC-CKJ |
| vs. | ) | |
| | ) | **AMENDED SCHEDULING ORDER** |
| Graham County Community College District, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation and for good cause shown, the current Rule 16 Scheduling Order (Doc. 20) is amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for disclosing all fact witnesses | January 6, 2025 | April 5, 2025 |
| Deadline for all discovery, including depositions of parties and witnesses | February 6, 2025 | May 9, 2025 |
| Dispositive Motions | April 18, 2025 | July 18, 2025 |
| Joint Proposed Pretrial Order | May 19, 2025 | August 17, 2025 |

All other provisions of the Court's Rule 16 Scheduling Order (Doc. 20) remain in effect.

DATED this 14th day of January, 2025.

Cindy K. Jorgenson
United States District Judge