Scott W. Rodgers, 013082
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona  85012
(602) 640-9000
srodgers@omlaw.com
slawson@omlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kristen L. Becker,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Graham County Community College District – Eastern Arizona College; Graham County Community College District Board,<br><br>　　　　　　Defendants. | No. CV-24-68-TUC-CKJ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

　　　In accordance with the Court's Order (Doc 20), the parties submit the following Joint Settlement Status Report:

　　　Discovery in the case is ongoing.  The parties will continue to assess the potential for settlement as discovery continues and the case progresses.

DATED this 13th day of March, 2025.

                                                OSBORN MALEDON, P.A.

                                                By  s/ Sarah P. Lawson
                                                     Scott W. Rodgers
                                                     Sarah P. Lawson
                                                     2929 North Central Avenue, Suite 2000
                                                   Phoenix, Arizona  85012

Attorneys for Defendants

**GILLESPIE, SHIELDS & TAYLOR**

                                                By  s/ DeeAn Gillespie Strub (w/permission)
                                                     DeeAn Gillespie Strub
                                                   7319 North 16th Street
                                                   Phoenix, Arizona  85020

Attorneys for Plaintiff