Scott W. Rodgers, 013082
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
srodgers@omlaw.com
slawson@omlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kristen L. Becker,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Graham County Community College District – Eastern Arizona College; Graham County Community College District Board,<br><br>　　　　　　Defendants. | No. CV-24-68-TUC-CKJ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

  In accordance with the Court's Order (Doc 20), the parties submit the following Joint Settlement Status Report:

  Discovery in the case is ongoing. The parties will continue to assess the potential for settlement as discovery continues and the case progresses.

DATED this 12th day of June, 2025.

                                      OSBORN MALEDON, P.A.

                                      By  s/ Sarah P. Lawson
                                           Scott W. Rodgers
                                           Sarah P. Lawson
                                           2929 North Central Avenue, Suite 2000
                                           Phoenix, Arizona  85012

                                      Attorneys for Defendants

                                      **GILLESPIE, SHIELDS & TAYLOR**

                                      By  s/ Jenny D. Jansch (w/permission)
                                           DeeAn Gillespie Strub
                                           Jenny D. Jansch
                                           7319 North 16th Street
                                           Phoenix, Arizona  85020

                                      Attorneys for Plaintiff

2