**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783

DeeAn Gillespie Strub, Bar No. 009987
Jenny D. Jansch, Bar No. 024431
E-mail: dgillespie@gillaw.com
E-Mail:  jjansch@gillaw.com
*Attorneys for Plaintiff*

Send all Court Documents to: mailroom@gillaw.com

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristen L. Becker, | Case No. 4:24-cv-00068-CKJ |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| Graham County Community College District - Eastern Arizona College; Graham County Community College District Board | |
| Defendant. | |

NOTICE IS HEREBY given that Plaintiff on this day served the following documents on Defendant:

1. Plaintiff's First Request for Production of Documents; and

2. Plaintiff's First Set of Non-Uniform Interrogatories.

///

1

**RESPECTFULLY SUBMITTED** this 16th day of June 2025.

        **GILLESPIE, SHIELDS & TAYLOR**

By: *Jenny D. Jansch*
      DeeAn Gillespie Strub
      Jenny D. Jansch
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jenny D. Jansch, certify that on this 16th day of June, 2025 the forgoing Notice of Service of Discovery was efiled and served upon Defendant's counsel of record via the Court's CM/ECF system.

*Jenny D. Jansch*

2